UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KEVIN HENAO ARROYAVE,<br><br>Petitioner<br><br>v.<br><br>DERRICK STAMPER, et al,<br><br>Respondent(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO.: 1:26-cv-00093-SDN |

# JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus entered by U.S. District Judge Stacey D. Neumann, on February 24, 2026; and the Respondents' Status Report filed on April 16, 2026.

The Petition for Writ of Habeas Corpus is Granted.

Jennifer P. Lyons, Clerk

By: /s/Michelle Thibodeau
Deputy Clerk

Dated: April 23, 2026